USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNARDO NAVA, *individually and on behalf of all others similarly situated*,

          Plaintiff,

v.

LAGADA CORP., *d/b/a* RITZ DINER, GEORGE KALOGERAKOS, and DIMITRIOS SARANTOPOULOS,

          Defendants.

21-CV-16 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    No later than April 22, 2022, the parties shall submit a status letter updating the Court on whether the mediation session held on March 14, 2022 was successful.

SO ORDERED.

Dated:    April 15, 2022
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge